**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ROBERT EDGAR HOLDER, by and through
his natural parents and general guardians,
Valley Holder and Brenda Holder and
MATTHEW CLAYTON HOLDER, by and
through his natural parents and general
guardians, Valley Holder and Brenda Holder**                                **PLAINTIFFS**

**VS.**                                                                                **CIVIL ACTION NO. 4:02CV148LA**

**ELI LILLY & COMPANY, SIGMA
ALDRICH, INC. and SPECTRUM
CHEMICAL MANUFACTURING CORP.**                                **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiffs' Motions to Compel Production of Documents in Response to Subpoena – one of which is directed to Wyeth Holdings Corporation, and the other of which is directed to Abbott Laboratories, Inc.  In an earlier Order, the court granted the Plaintiff until March 5, 2007, within which to complete third party discovery, stating that no further extensions would be granted.  The Plaintiff served subpoenas on both of these parties prior to that deadline, seeking information on whether Thimerosal was present in certain lot number of vaccinations.  As of this date, neither company has been able to comply with the subpoenas.  Under these circumstances, the court finds that the deadline should be extended and the companies given a deadline by which to respond.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motions to Compel Production of Documents in Response to Subpoena (#81 and #83), are hereby **granted**, as follows:

1.  The Plaintiff is given until April 16, 2007, within which to complete third party discovery.

2.     Wyeth Holdings Corporation and Abbott Laboratories, Inc. shall respond to the subpoenas in question on or before April 2, 2007. If documents responsive to the subpoenas are not found, then these companies shall submit affidavits detailing the efforts made to locate responsive documents.

IT IS SO ORDERED, this the 2nd day of March, 2007.

                                                 S/Linda R. Anderson
                                        UNITED STATES MAGISTRATE JUDGE